IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BILLEY JO COSSEY**                                                                                                          **PLAINTIFF**

**v.**                                             **Case No. 1:17-cv-00116-KGB/JTK**

**MARK COUNTS,** *et al.*,                                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Billey Jo Cossey's claims are dismissed without prejudice.

So adjudged this 16th day of July, 2018.

                                                Kristine G. Baker
                                                United States District Judge